IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TALK RADIO NETWORK ENTERPRISES
et al.,

    Plaintiffs,

v.

CUMULUS MEDIA INC., et al.,

    Defendants.

1:16-cv-00609-CL

ORDER

**AIKEN, District Judge:**

On May 2, 2017, Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#67), and the matter is now before this Court. See 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b). Plaintiffs have filed Objections (#75), Defendants have responded to Plaintiffs' Objections

1 - ORDER

(#76) and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#67). Defendants' Motion to Dismiss (#54) is GRANTED. This case is DISMISSED with prejudice.

It is so ORDERED and DATED this 11th day of ~~August~~ September, 2017.

_____
ANN AIKEN
U.S. DISTRICT JUDGE